IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **BETTY JEAN ROBINSON,** <br> Plaintiff, | ) <br> ) <br> ) | CIVIL ACTION |
| v. | ) <br> ) | FILE NO.:1:06-CV-00053(WLS) |
| **COLONY BANK ASHBURN,** <br> Defendant. | ) <br> ) <br> ) <br> ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Betty Jean Robison and Defendant Colony Bank Ashburn, by and through their respective counsel, and file this Stipulation of Dismissal with Prejudice of all of Plaintiff's claims in this action pursuant to Fed. R. Civ. P. 41. Each party will bear its own attorney's fees, costs, and expenses.

| | |
|---|---|
| s/Jennifer J. Dickinson | s/Karla L. Walker |
| Sarah H. Lamar | Karla L. Walker |
| State Bar No. 431185 | State Bar No. 732288 |
| Jennifer J. Dickinson | Copeland, Haugabrook & Walker |
| State Bar No. 221145 | P.O. Box 1933 |
| Hunter, Maclean, Exley & Dunn, P.C. | Valdosta, Georgia 31603 |
| P.O. Box 9848 | (229) 247-4617 |
| Savannah, Georgia 31412 | Attorneys for Plaintiff |
| (912) 236-0261 | |
| Attorneys for Defendant | |

SO ORDERED this 19th day of September, 2007.

W. LOUIS SANDS, Judge